IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02604-TPO

TEODORO RETAMOZO-SEDANO,

     Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General,

ROBERT GUADIAN, Field Office Director,
U.S. Immigration & Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and

JUAN BALTASAR, Warden,
GEO Group Aurora, Inc.,

in their official capacities,

     Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 13, 2026.**

This Court granted Petitioner's habeas corpus petition, and the Parties later filed a Joint Status Report reporting that Petitioner was released from custody. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.