IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02604-TPO

JUAN CAMILO MARULANDA,

      Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General,
ROBERT GUADIAN, Field Office Director,
U.S. Immigration & Customs Enforcement,
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and
JUAN BALTASAR, Warden,
GEO Group Aurora, Inc.,
in their official capacities,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order [ECF 10] by Magistrate Judge Timothy P. O'Hara entered on July 2, 2026, and the Minute Order [ECF 12] by Magistrate Judge Timothy P. O'Hara entered on July 13, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this <u>13th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk